THE STATE on the Relation of BOARD OF COMMISSIONERS OF
DAVIESS COUNTY *v.* SPEARS and others.—In error.

A COUNTY treasurer, being elected for three years
and until his successor is elected and qualified, may hold
over for an indefinite period, if no successor is elected
and qualified. *Tuley et al.* v. *The State*, at the present
term of this Court (1).

The averment in the declaration, that an officer con-
tinued in office until a certain period beyond three years,
is equivalent to an averment that no successor was elect-
ed till after that period. The breach, alleging that the
treasurer had funds in his hands belonging to the county,
&c., which he failed and refused to pay over to his suc-
cessor, is sufficient. *State* v. *Bottorff*, 8 Blackf. 337. See
*State* v. *Johnson*, 6 id. 217.

The judgment is reversed with costs, &c.

(1) See *ante* p. 500.